ACCEPTED
03-15-00068-CR
6430035
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/10/2015 3:37:53 PM
JEFFREY D. KYLE
CLERK

Cause No. _____

IN THE THRID COURT OF APPEALS

KARL STAHMANN
Appellant

V.

THE STATE OF TEXAS

§
§
§
§
§
§
§

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

8/10/2015 3:37:53 PM

JEFFREY D. KYLE
Clerk

03-15-00068-CR

## APPELLANT'S THIRD MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGES OF THE THIRD COURT OF APPEALS:

COMES NOW APPELLANT, KARL STAHMANN, by and through his undersigned counsel, and pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure, requests an extension of time to file appellant's brief. In support of this motion, Appellant submits the following:

### I.

The deadline for filing Appellant's Brief is August 11, 2015. T.R.A.P. 4.1(a).

### II.

Appellant requests a sixty (60) day extension to file his brief. T.R.A.P. 68.2(c).

Page 1 of 4

## III.

Undersigned counsel was in a jury trial beginning on July 20 and ending on July 23, 2015 in County Court at Law No. 1 of Williamson County for *The State of Texas v. Caleb Constancio Toledo* (14-02398-1).

Additionally, counsel has been actively preparing for a jury trial on August 10, 2015 in *The State of Texas v. Karneek Sehgal* (D-1-DC-14-302354) in the 167th District Court of Travis County. However, on August 6, the trial judge rescheduled the trial for September 21, 2015.

Additionally, counsel has been actively preparing for a jury trial on August 17, 2015 in *The State of Texas v. Xavier Harper* (CR-15-0231) in the 22nd District Court of Hays County. That matter is preferentially.

Finally, counsel has been actively practicing law and handling a very heavy trial and appellate docket both in Travis County and the surrounding counties of central Texas.

## IV.

Appellant is released on bail and, therefore, will not be adversely affected by the requested extension.

## V.

This request is not made for the purpose of delay but so that justice may be done.

## PRAYER

Wherefore, premises considered, undersigned counsel prays for this Court to extend the time for filing Appellant's brief as sixty days from August 11, 2015, which would make the brief due on or before Tuesday October 9, 2015.

Respectfully submitted,

**CHARLES F. BAIRD**
SBN #00000065
**BAIRD FARRELLY, PLLC**
2312 Western Trails Blvd, Suite 102-A
Austin, Texas 78745
Tel: 512-804-5911
Fax: 512-804-5919
Email: jcfbaird@gmail.com
**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was provided to the Comal County District Attorney *via* fax at (830) 608-2008 and the State Prosecuting Attorney *via* fax at (512) 463-5724 on August 10, 2015.

**CHARLES F. BAIRD**